## H. B. BIGGINS v. THE STATE.

No. 9646.     Delivered October 14, 1925.

**Negligent Homicide—No Statement of Facts—No Bills of Exception.**

There is no statement of facts, nor bill of exception contained in this record, and no error appearing the cause is affirmed.

Appeal from the Criminal District Court No. 2, of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction of negligent homicide; penalty. one year in the county jail.

No brief filed for appellant.

*Shelby S. Cox,* District Attorney, *Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BAKER, JUDGE.—The appellant was convicted in the Criminal District Court of Dallas County for negligently killing one M. G. Harris by running over him with an automobile and his punishment assessed at one year in the county jail.

The record is before us without a statement of facts or bills of exception. The indictment correctly charges the offense and the court

properly charged the law applicable thereto.   There being no error shown in the record, the judgment of the trial court is accordingly affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.